UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-22503-BLOOM/Otazo-Reyes**

RAPHAEL CORVALAN,

    Plaintiff,

v.

COOK INCORPORATED, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 5, 2023, Plaintiff Raphael Corvalan filed a Complaint against multiple Defendants. ECF No. [1]. On July 6, 2023, the Court dismissed Plaintiff's Complaint for failure to sufficiently allege that this Court has subject matter jurisdiction over this case. ECF No. [5]. The Court ordered Plaintiff to file an Amended Complaint no later than July 13, 2023. *Id*. at 4. To date, no Amended Complaint has been filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**
2. The Clerk of Court is directed to **CLOSE** this case;
3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 26, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record